FILE COPY



| BRIAN QUINN<br>Chief Justice<br><br>PATRICK A. PIRTLE<br>Justice<br><br>JUDY C. PARKER<br>Justice<br><br>LAWRENCE M. DOSS<br>Justice | **Court of Appeals**<br>**Seventh District of Texas**<br>**Potter County Courts Building**<br>**501 S. Fillmore, Suite 2-A**<br>**Amarillo, Texas 79101-2449**<br>**www.txcourts.gov/7thcoa.aspx** | VIVIAN LONG<br>Clerk<br><br>MAILING ADDRESS:<br>P. O. Box 9540<br>79105-9540<br><br>(806) 342-2650 |

September 15, 2020

Marcus Reed
317 La Grotta Lane
Georgetown, TX 78628
* DELIVERED VIA E-MAIL & POSTAL *

Emily Edwards
Assistant District Attorney
P.O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-19-00372-CR, 07-19-00373-CR
       Trial Court Case Number:  D-1-DC-19-904028, D-1-DC-19-904029

**Style:**   Marcus Reed v. The State of Texas

Dear Mr. Reed and Counsel:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

Vivian Long, Clerk

cc:   Honorable P. David Wahlberg (DELIVERED VIA E-MAIL)
     Shonna K. Castillo (DELIVERED VIA E-MAIL)
     Velva L. Price (DELIVERED VIA E-MAIL)